IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| HAROLD "BUD" PISKO,<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED PARCEL SERVICE (UPS),<br>INC., et al.,<br><br>          Defendants. | Civil No. 07-5680-RMB-AMD |

**SCHEDULING ORDER**

          This   Scheduling   Order   sets   forth   the   following directives:

          IT IS this **21st** day of **July 2008**, hereby **ORDERED**:

          1.  The Court will conduct a telephone status conference on **July 31, 2008 at 9:45 A.M.**.  Counsel for defendants shall initiate the telephone call.


                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        United States Magistrate Judge

cc:  Hon. Renée Marie Bumb